```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 14703
   TERRY A GLIFFE
   DEBORAH R GLIFFE                          CHAPTER 13

                                             JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-6802     SSN XXX-XX-2955
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/15/05 and confirmed on 07/01/05.

    2.  The case was dismissed after confirmation, 09/19/2008.

    3.  The Debtor paid a total of $  87005.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | SECURED | 200.00 | 6.42 | 200.00 |
| GMAC PAYMENT CENTER | SECURED | 1909.84 | 95.21 | 1909.84 |
| WELLS FARGO FINANCIAL IN | CURRENT MORTG | 66006.94 | .00 | 66006.94 |
| ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12886.40 | .00 | 2046.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 16425.59 | .00 | 2609.08 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 18018.12 | .00 | 2862.05 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11375.03 | .00 | 1806.86 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 11910.82 | .00 | 1891.96 |
| FIRST EXPRESS | UNSECURED | 1557.79 | .00 | 235.07 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9772.79 | .00 | 1552.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1142.12 | .00 | 172.33 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 745.56 | .00 | 112.70 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 68116.78 | .00 | 83834.22 | .00 | 151951.00 |
| PRINCIPAL PAID | 68116.78 | .00 | 13289.32 | .00 | 81406.10 |

```
INTEREST PAID              101.63          .00           .00          .00       101.63
TOTAL PAID               68218.41          .00      13289.32          .00     81507.73
```

The Debtor's attorney, PETER FRANCIS GERACI              , was allowed $   2700.00
and was paid $   1000.00   direct and $   1700.00   through the plan.

The Trustee received $   3797.27 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




PAGE  2
CASE NO. 05 B 14703 TERRY A GLIFFE & DEBORAH R GLIFFE